UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JACOB REIGELSPERGER, *et al.*,

    Plaintiffs,

vs.

POLARIS INDUSTRIES, INC., *et al.*,

    Defendants.

Case No. 3:25-cv-148

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 38); (2) DISMISSING WITH PREJUDICE THIS CASE FOR WANT OF PROSECUTION; (3) CERTIFYING THAT ANY APPEAL WOULD NOT BE TAKEN IN GOOD FAITH AND FINDING THAT *IN FORMA PAUPERIS* STATUS SHOULD BE DENIED ON APPEAL; (4) TERMINATING AS MOOT DEFENDANTS' MOTION FOR SANCTIONS AGAINST PLAINTIFFS FOR SPOLIATION OF EVIDENCE (Doc. No. 26); AND (5) TERMINATING THIS CASE ON THE DOCKET**

_____

The Court has reviewed the Report and Recommendation of Magistrate Judge Caroline H. Gentry (Doc. No. 38), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Upon careful review of the foregoing, and construing *pro se* Plaintiffs' allegations in their favor[1], the Court determines that the Report and Recommendation should be adopted. Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (Doc. No. 38) in its entirety; (2) **DISMISSES** this case **WITH PREJUDICE** for want of prosecution pursuant to Fed. R. Civ. P. 41(b); (3) **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith, and finds that Plaintiffs should be denied leave to appeal *in forma pauperis*; (4) **TERMINATES AS MOOT** Defendants' motion for sanctions

---

[1] The Court previously granted Plaintiffs' counsel's motion for leave to withdraw due to a breakdown in the attorney-client relationship. *See* Doc. Nos. 35, 36. Plaintiffs have not retained new counsel. *See* Doc. No. 38 at PageID 369-70. As with all *pro se* litigants, Plaintiffs' documents and allegations are liberally construed in their favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

against Plaintiffs for spoliation of evidence (Doc. No. 26); and (5) **TERMINATES** this case on the Court's docket.

    **IT IS SO ORDERED.**

December 19, 2025                                     s/*Michael J. Newman*
                                                               Hon. Michael J. Newman
                                                               United States District Judge